UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JUSTIN GADDY,

                      Plaintiff,

      -against-

MTA LONG ISLAND BUS,

                      Defendants.
-------------------------------------------------------X

**ORDER**

07 CV 444 (RJD)(LB)

DEARIE, Chief Judge.

      Plaintiff, pro se, brings this action against defendant for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967. This Court referred all pre-trail proceedings to Magistrate Judge Lois Bloom, who then scheduled two pre-trial conferences. After plaintiff failed to appear at the first conference, scheduled May 8, 2008, Magistrate Judge Bloom warned plaintiff that if he failed to appear for the second, scheduled June 10, 2008, she would recommend dismissal. Plaintiff again did not appear, nor did he contact the Court or opponent's counsel. Accordingly, on June 18, 2008, Magistrate Judge Bloom issued a Report & Recommendation ("Report") recommending that the Court dismiss plaintiff's action. The parties had ten days from the date of service to file written objections to the Report, but as of July 21, 2008, no objections have been filed. The Court

adopts the Report in full. The Clerk of the Court is hereby directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York

      July 2/, 2008

                                        RAYMOND J. DEARIE

                                        United States District Judge